IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

HOSMAN BRAYAN OLIVA GONZALES,    *

          Petitioner,    *

v.    Case No. 4:25-cv-282-CDL-AGH

              *

PAM BONDI, *et al.*,

              *

          Respondents.

              *

## **J U D G M E N T**

Pursuant to this Court's Order dated 1/5/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of January, 2026.

                                        David W. Bunt, Clerk

                                        s/ Elizabeth S. Long, Deputy Clerk